IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BETTY LEWIS-VAUGHANS** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:10CV37 LG-RHW** |
| | § | |
| **BATH & BODY WORKS, L.L.C.** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on Bath & Body Works, LLC's Motion for Summary Judgment, the Court, after a full review and consideration of the Motion, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, Bath & Body Works, LLC, pursuant to Fed. R. Civ. P. 56. Plaintiff's claims against the Defendant are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 5th day of October, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE